# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**Vallery A. Coleman**
name of plaintiff(s)

versus

CIVIL ACTION

NO. _____ )

**Summerfield Assitsin living** *Joyce Brewer*
name of defendant(s)

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED OCT 25 2021
CLERK

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

2. Plaintiff, **Vallery Coleman** resides at **1018 Montrose Rd**, **Ponchatoula**,
   street address / city
   **Tangiphoa**, **La**, **70454**, **504-509-8262**
   parish / state / zip code / telephone number

   (if more than one plaintiff, provide the same information for each plaintiff below)

   **Joyce Brewer - manger**

3. Defendant, **Summerfield Assits Liva** lives at, or its business is located at **16170 E. Minnosota Pk Rd**,
   street address
   **Hammond**, **Tangipahoa**, **LA**,
   city / parish / state
   **70403**, **985-345-6300**.
   zip code / telephone number

(if more than one defendant, provide the same information for each defendant below)

4. Statement of claim ( State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

See Attach papers

5. Prayers for Relief (list what you want the Court to do):

a. Re Compense me for stress, Time being off

b. From work

c. And Name keep in Good Status From work places

d. Health Concern wearing mask

I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this 10 day of 23, 20 21

Vally A. Colem-
1018 Montrose Rd
Ponchatoula La 70454
504-509-8262

(signature of plaintiff (s))