UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VALLERY A. COLEMAN

**VERSUS**

SUMMERFIELD ASSISTING LIVING, et al.

CIVIL ACTION

NO. 21-608-JWD-SDJ

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 15, 2024 (Doc. 13), to which Plaintiff filed the instant Motion (Doc. 14) that was denied without prejudice (Doc. 15), and which this Court considers prior to adopting the Magistrate Judge's report;

**IT IS ORDERED** that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for failure to timely effect service upon Defendants Summerfield Assisting Living and Joyce Brewer.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on June 18, 2024.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**