**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **VALLERY A. COLEMAN** | **CIVIL ACTION** |
| **VERSUS** | |
| **SUMMERFIELD ASSISTING LIVING, et al.** | **NO. 21-608-JWD-SDJ** |

**JUDGMENT**

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered, dismissing Plaintiff's claims, WITHOUT PREJUDICE, for failure to timely effect service upon Defendants Summerfield Assisting Living and Joyce Brewer.

Signed in Baton Rouge, Louisiana, on June 18, 2024.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**